```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| NIEGRA EGERTON, | : | CIVIL ACTION |
| | : | NO. 13-2502 |
| v. | : | |
| NANCY GIREAUX, ET AL., | : | |

**O R D E R**

**AND NOW,** this **10th** day of **June, 2014,** upon review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (ECF No. 17), it is **ORDERED** as follows:

(1)  the Report and Recommendation is **APPROVED** and **ADOPTED;**[1]

(2)  The Amended Petition for a Writ of Habeas Corpus (ECF No. 3) is **DENIED and DISMISSED with prejudice;**

(3)  A Certificate of Appealability shall not issue; and

(4)  The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1]  Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b). No objections were filed in this case.